IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

Woodrow T. Newell,

    Plaintiff,

v.

                Case No. 2:24-cv-02359-JWB-TJJ

Tyson Foods, Inc., & Foodbrands Supply Chain Services, Inc.,

    Defendants.

### ENTRY OF APPEARANCE

The undersigned enters his appearance an attorney and counsel of record for Woodrow T. Newell, Plaintiff in this matter.

        Respectfully submitted,
        LAW OFFICES OF JONATHAN R WHITEHEAD LLC
         s/Jonathan R. Whitehead
        Jonathan R. Whitehead, D.Kan. Bar. No. 79201
        229 S.E. Douglas St., Ste. 210
        Lee's Summit, Mo 64063
        816.398.8305 - Phone
        816.278.9131 - Fax
        ATTORNEY FOR PLAINTIFF WOODROW T. NEWELL

## Certificate of Service

I hereby certify that on this 6th August 20, 2022, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using CM/ECF system, which will send notifications of such filing to the CM/ECF participants registered to receive service in this matter, as well as by electronic mail to:

Curtis R. Summers, Esq.
Littler, Mendelson, P.C.
1201 Walnut Street, Ste. 1450
Kansas City, Missouri 64106
csummers@littler.com
ATTORNEY FOR DEFENDANTS

/s/ Jonathan R. Whitehead